UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Randolph Chambers

    v.                              Civil No. 11-cv-355-PB

Dr. John Eppolito


**REPORT AND RECOMMENDATION**


    Randolph Chambers has filed a motion to amend complaint (doc. no. 25), a motion to add to amended complaint (doc. no. 27) and a motion to introduce a pain killers comparison chart (doc. no. 26), which the court construed as a motion to amend. The court has granted the motions to amend pursuant to Fed. R. Civ. P. 15(a). The complaint in this matter is now comprised of documents 1, 8, 9, 10, 15, 25, 26, and 27. The court has duly reviewed the amended complaint.

    On August 24, 2011, this court issued a report and recommendation (doc. no. 22), recommending that the action be dismissed as the complaint failed to state any claim upon which relief might be granted. See Doc. No. 22. Nothing in the recently filed motions to amend (doc. nos. 25-27) warrants any alteration of that recommendation. The court now renews that recommendation to dismiss the case in its entirety.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010); United States v. Lugo Guerrero, 524 F.3d 5, 14 (1st Cir. 2008).

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  September 8, 2011

cc:  Randolph Chambers, pro se

LBM:jba