UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randolph Chambers</u>

        v.                11-cv-355-PB

<u>Dr. John Eppolito, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Reports and Recommendation of Magistrate Judge Landya B. McCafferty dated August 24, 2011 and September 8, 2011.

SO ORDERED.


September  22 , 2011        /s/ Paul barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge


cc:    Randolph Chambers, Pro Se