UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Randolph Chambers

        v.                  11-cv-355-PB

Dr. John Eppolito, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Reports and Recommendation of Magistrate Judge Landya B. McCafferty dated August 24, 2011 and September 8, 2011.

SO ORDERED.

September 22, 2011                /s/ Paul barbadoro
                                              Paul Barbadoro
                                              United States District Judge

cc:    Randolph Chambers, Pro Se