```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>Randolph Chambers</u>

    v.                                     Civil No. 11-cv-355-PB

<u>John Eppolitto</u>

### **NOTICE OF RULING**

      Re:   Document No. 41

Ruling: Appellant's request to proceed <u>in forma pauperis</u> on appeal is granted, but pursuant to 28 U.S.C. § 1915, the filing fee must be paid as follows:

    The sum of $21.75 is due no later than January 16, 2012. In addition, monthly payments of 20% of each preceding month's income credited to the appellant's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $455.00 has been paid.

                                                            _____
                                                             Landya B. McCafferty
                                                             United States Magistrate Judge

Date: December 15, 2011

cc: Randolph Chambers, pro se
    N.H. State Prison Inmate Accounts